UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:18-CR-57-REW-HAI |
| v. | ) | |
| | ) | |
| BOBBY HAMILTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Bobby Hamilton sought to suppress evidence obtained via his Facebook and Facebook Messenger accounts. DE #222. After full briefing on the motion (*see* DE ##238 & 243), and an evidentiary hearing before United States Magistrate Judge Stinnett (*see* DE #278), Judge Stinnett (affording thoughtful treatment to the issues) recommended denial of the suppression effort. DE #289 (R&R). Judge Stinnett found that the *Leon* good faith exception precludes evidentiary exclusion, despite the search warrant's overbreadth. *Id.* at 10–12. Moreover, he concluded, authorities independently found the Hamilton-inculpating evidence during a search of Co-Defendant Collinsworth's Facebook account—for which Collinsworth provided search consent, and to which Hamilton (per his own admission) has no privacy right. *Id.* at 12–13.

Per DE #289, the parties had fourteen days within which to object to Judge Stinnett's recommended disposition. *Id.* at 13. Neither Hamilton nor the Government has objected. While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the

1

magistrate judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption).

Accordingly, the Court **ADOPTS** the Recommended Disposition (DE #289) and **DENIES** Hamilton's suppression motion (DE #222).

This the 17th day of September, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge